UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY STRATOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Respondent. | No.  2:20-cv-2302 AC P<br><br><br>ORDER |

Petitioner is a federal prisoner proceeding through counsel in this habeas corpus action pursuant to 28 U.S.C. § 2241.  On December 11, 2020, petitioner was ordered to notify the court whether he consented to the recharacterization of his § 2241 petition as a § 2255 motion.  ECF No. 3.  On December 16, 2020, petitioner filed a notice consenting to the recharacterization.  ECF No. 4.  In light of petitioner's consent, this court will recharacterize his § 2241 petition as a § 2255 motion.  The Clerk of the Court will be directed to file the petition (ECF No. 1) in United States v. Stratos, Case No. 2:11-cr-0537 TLN, and update the docket in this case to reflect the recharacterization to a § 2255 motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's § 2241 petition (ECF No. 1) is recharacterized as a § 2255 motion;

2. The Clerk of the Court is directed to file the § 2255 motion (ECF No. 1) in United States v. Stratos, Case No. 2:11-cr-0537 TLN, deemed filed November 18, 2020, and reassign

1

this case and update the docket to reflect that it is the companion § 2255 civil case to <u>United States v. Stratos</u>, Case No. 2:11-cr-0537 TLN.

DATED: December 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2